UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

           Plaintiff,

-against-

Chasen K. May,

           Defendant.

---

7:17-MJ-1341(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on February 27, 2017, accepted the defendant's plea of guilty to unlawful possession of marijuana in violation of NY Penal Law 221.05, in full satisfaction of the Misdemeanor Complaint filed on February 23, 2017, it is,

ORDERED, ADJUDGED AND DECREED that the defendant pay a fine in the amount of $100.00 by March 30, 2017 or appear in Court on March 31, 2017 to explain why the fee has not been paid.

Dated: Sept 9, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge